IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK BOUVENZIER AS ATTORNEY IN FACT FOR GEORGE W. BOUVENZIER, III AND LYNN S. BOUVENZIER,<br><br>Plaintiff,<br><br>v.<br><br>AMICA MUTUAL INSURANCE COMPANY,<br><br>Defendant. | CIVIL ACTION<br>NO. 26-5373 |

**ORDER**

**AND NOW**, this 20th day of October 2026, upon consideration of Defendant's Motion to Dismiss the Complaint (Doc. No. 8), Plaintiff's Response in Opposition (Doc. No. 10), and Defendant's Reply (Doc. No. 11), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion to Dismiss (Doc. No. 8) is **GRANTED**. Count I of the Complaint (Doc. No. 1 Ex. B) is **DISMISSED WITHOUT PREJUDICE**. Count II of the Complaint (Doc. No. 1 Ex. B) is **DISMISSED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.